UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JAMIE FRANCISCO**                                                              **CIVIL ACTION**

**VERSUS**

**WALMART, ET AL.**                                                              **NO. 19-00839-BAJ-RLB**

## RULING AND ORDER

Before the Court are four motions: Defendant Walmart, Inc.'s Motion To Dismiss For Failure To State A Claim (Doc. 14); Defendant Reckitt Benckiser Group PLC d/b/a Mead Johnson Nutrition Company's ("Mead Johnson") Motion To Dismiss Pursuant To Federal Rule Of Civil Procedure 12(b)(6) (Doc. 15); Plaintiff's *pro se* Motion For Preliminary Default Judgment Against Walmart (Doc. 16); and Plaintiff's *pro se* Motion For Preliminary Default Judgment Against Mead Johnson (Doc. 22). The Magistrate Judge has issued two Reports, which, collectively, recommend that Plaintiff's motions for preliminary default be denied because Defendants each timely filed motions to dismiss, and, further, that Defendants' motions to dismiss be granted because Plaintiff has failed to state an actionable federal claim. (Docs. 21, 23). There is no objection to the Magistrate Judge's recommendations.

Having carefully considered each motion in light of the well-pleaded allegations stated in Plaintiff's *pro se* complaint, the Court **APPROVES** the Magistrate Judge's Reports and **ADOPTS** them as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Preliminary Default Against

Walmart (Doc. 16) be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Default Against Mead Johnson (Doc. 22) be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Walmart's Motion to Dismiss (Doc. 14) and Mead Johnson's Motion to Dismiss (Doc. 15) be and are hereby each **GRANTED IN PART**, and that Plaintiff's federal claims against Walmart and Mead Johnson be and are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, and that Plaintiff's state law claims against Walmart and Mead Johnson be and are hereby **DISMISSED WITHOUT PREJUDICE**.

Judgment shall be entered separately.

Baton Rouge, Louisiana, this 13th day of April, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**